```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CONNIE SPINA,                                                          :
                                                                       :
                               Plaintiffs,                             :
                                                                       :          21 Civ. 7392 (JPC)
        -v-                                                            :
                                                                       :             ORDER
CONGREGATION OF SISTERS OF ST. AGNES OF                                :
FOND DU LAC, WISCONSIN, INC.,                                          :
                                                                       :
                               Defendant.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Before the Court held the Initial Pretrial Conference, and without leave of the Court, Defendant moved to dismiss for lack of personal jurisdiction. Dkt. 4 ("Original Motion"). Now, after the close of jurisdictional discovery, Defendant filed an amended motion to dismiss for lack of personal jurisdiction. Dkt. 42 ("Amended Motion"). Given that the Amended Motion moots the Original Motion, and the Original Motion did not comply with this Court's Individual Rules, the Court denies the Original Motion without prejudice and will decide the Amended Motion in due course. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 4.

SO ORDERED.

Dated: June 10, 2022
       New York, New York

                                                    _____
                                                              JOHN P. CRONAN
                                                         United States District Judge