UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

CONNIE SPINA,

                              Plaintiff,

                 -v-                                                          21 Civ. 7392 (JPC)

CONGREGATION OF SISTERS OF ST. AGNES OF                                       ORDER
FOND DU LAC, WISCONSIN, INC.,

                              Defendant.

---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court has reviewed the parties' submissions concerning Defendant's intent to move

for summary judgment, Dkts. 74-75, and has determined that a conference is necessary.  The

parties are ordered to appear before the undersigned on October 19, 2023, at 3:00 p.m.  Unless the

Court orders otherwise, the Court will conduct the conference by teleconference.  At the scheduled

time, counsel for all parties should call (866) 434-5269, access code 9176261.

        SO ORDERED.

Dated: October 4, 2023
       New York, New York                              _____
                                                              JOHN P. CRONAN
                                                         United States District Judge